UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RIGOBERTO CAMPOS-SAUCEDO,<br><br>　　　　　　　　Defendant. | Case No. MJ23-69 MLP<br><br>DETENTION ORDER |

Mr. Campos-Saucedo is charged with possession of controlled substances with intent to distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 18 U.S.C. § 2. The Court held a detention hearing on February 16, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention as stated in the record and hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Campos-Saucedo stipulated to detention.

3. Mr. Campos-Saucedo poses a risk of nonappearance due to criminal activity while under court jurisdiction. In addition, because he was not interviewed his ties to this district are unknown. Mr. Campos-Saucedo also has ties to a foreign country and

DETENTION ORDER - 1

poses a risk of danger due to pending charges. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Campos-Saucedo appearance at future court hearings while addressing the danger to other persons or the community.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Campos-Saucedo as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Campos-Saucedo shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Campos-Saucedo shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Campos-Saucedo is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Campos-Saucedo, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 16th day of February, 2023.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3