Hon. Richard A. Jones

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00027-RAJ |
| Plaintiff, | ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| vs. | |
| RIGOBERTO CAMPOS-SAUCEDO, | |
| Defendant. | |

This matter, having come before the Court, pursuant to Defendant Rigoberto Campos-Saucedo's Motion for Order Allowing Withdrawal and Substitution of Counsel, and the Court having considered the Motion and Declaration of Counsel, and the files and pleadings herein, hereby ORDERS that the Motion (Dkt. 13) is GRANTED. Sara Brin and the Federal Public Defender's Office is permitted to withdraw, and James J. Dore, Jr. of Dore Law Group, PLLC is allowed to substitute as counsel of record on behalf of Defendant Rigoberto Campos-Saucedo.

DATED this 8th day of March, 2023.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ALLOWING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 1

DORE LAW GROUP, PLLC
Attorneys at Law
1122 West James Street
Kent, Washington 98032
P: 253.850.6411   F: 253.850.3360