Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RIGOBERTO CAMPOS-SAUCEDO,<br><br>   Defendant. | No. 2:23-cr-00027-RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THIS MATTER comes before the Court upon Defendant Rigoberto Campos-Saucedo's Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. 16).

THE COURT FINDS, for all of the reasons set forth in Defendant's motion and the government's response, that the failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS, considering the complexity of this case due to the nature of the prosecution and the charges contained in the Indictment, that it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself without a continuance of the trial and pretrial motions dates. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a more speedy trial.

IT IS THEREFORE ORDERED that Defendant's Motion (Dkt. 16) is GRANTED.  The trial date in this matter is continued to August 21, 2023.  All pretrial motions, including motions in limine, shall be filed no later than July 6, 2023.

IT IS FURTHER ORDERED that the period from the date of this order through the new trial date of August 21, 2023, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 13th day of April, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge