HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RIGOBERTO CAMPOS-SAUCEDO,<br><br>  Defendant. | Case No. CR23-00027 RAJ<br><br>ORDER ON DEFENDANT'S MOTION FOR SENTENCE REDUCTION |

THIS MATTER comes before the Court on Defendant Rigoberto Campos-Saucedo's Pro Se motions seeking a reduced sentence under 18 U.S.C. § 3582 (c)(2) based on Amendment 821 to the Sentencing Guidelines. Dkt. 40. Additionally, the Defendant filed a Motion for Appoinment of Counsel. Dkt. 39. He is currently serving his sentence at FCI – Victorville Med. II in Adelanto, California.

In the Government's opposition, the background summary accurately reflects the defendant's history with this Court. Dkt. 43. Rather than restate the government's summation, this Court accepts that the Government accurately stated the background of this case.

ORDER – 1

The Defendant contends, and the Government does not contest, that he has met the exhaustion requirement.  Having done so, this Court is to consider whether a reduction is appropriate under the factors in 18 U.S.C. § 3553 (a).

The overwhelming evidence in this case militates against granting the Defendant's assertion for a reduced sentence.  Rather than repeat the arguments of the Government, the Court adopts the recitation of facts justifying denial of the Defendant's request.  Dkt. 43, at pgs. 3 - 7.

Having thoroughly considered the parties' briefing, and the relevant record, the Court finds oral argument unnecessary and hereby **DENIES** the motion. Dkt. 40. Additionally, because the Defendant does not meet the minimum eligibility requirements for a sentence reduction, the Court further **DENIES** the Defendant's Motion for Appointment of Counsel. Dkt. 39.

For the foregoing reasons, the Defendant's Motion for Sentence Reduction and Motion for Appointment of Counsel are **DENIED.**

DATED this 17th day of September, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2